**Order entered November 15, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01437-CV

## IN THE INTEREST OF A.D.J., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-19730**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 4,

2018.  The appeal will be resubmitted in the first quarter of 2019.

/s/     DAVID L. BRIDGES
         PRESIDING JUSTICE